■ LASZLO BERTALAN, SR., Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 64282.) — Judgment unanimously affirmed, with costs, for reasons stated in the decision at Court of Claims, McMahon, J. (Appeal from judgment of Court of Claims, McMahon, J. — personal injury-medical malpractice.) Present — Dillon, P. J., Hancock, Jr., Denman, Boomer and O'Donnell, JJ.